1

PHILLIP A. TALBERT
Acting United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MAURICE SHOE,<br><br>        Defendant. | CASE NO.  2:19-cr-00238-MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: August 12, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on August 12, 2021.

2.  By this stipulation, defendant now moves to continue the August 12 status conference until November 4, 2021, and to exclude time between August 12, 2021, and November 4, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  On April 28, 2021, the Court issued an order substituting Robert M. Wilson as counsel of record in place of the defendant's previous counsel, Linda C. Allison.  ECF 31.

    b)  The government has represented that the discovery associated with this case

contains approximately 24,303 pages of documents including financial records, business records, email communications, and investigative reports.  All of this discovery has been either produced directly to defendant's new counsel and/or made available for inspection and copying.

c)      Counsel for defendant desires additional time to review this discovery and the current charges; to conduct investigation and research related to the charges and potential sentencing factors; to discuss the discovery, charges, and potential resolutions, including a plea offer made by the government, with his client; and to otherwise prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 12, 2021 to November 4, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

/ / /

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 5, 2021                          PHILLIP A. TALBERT
                                                Acting United States Attorney


                                                /s/ SHEA J. KENNY
                                                SHEA J. KENNY
                                                Assistant United States Attorney


Dated:  August 5, 2021                          /s/ ROBERT M. WILSON
                                                ROBERT M. WILSON
                                                Counsel for Defendant
                                                Maurice Shoe

1

2

**ORDER**

3          The Court, having received and considered the parties' stipulation, and good cause appearing

4   therefrom, adopts the parties' stipulation in its entirety as its order. The status conference in this matter

5   scheduled for August 12, 2021, is vacated.  A new status conference is scheduled for **November 4, 2021**

6   **at 10:00 a.m**.  The Court further finds, based on the representations of the parties and Defendant's

7   request, that the ends of justice served by granting the continuance outweigh the best interests of the

8   public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18

9   U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow necessary attorney preparation taking into

10  consideration the exercise of due diligence for the period from August 12, 2021, up to and including

11  November 4, 2021.

12          IT IS SO ORDERED.

13

14          Dated:  August 9, 2021

15

16          MORRISON C. ENGLAND, JR.
            SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT