PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MAURICE SHOE,<br><br>                              Defendant. | CASE NO.  2:19-CR-00238-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 4, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 4, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until January 6, 2022, and to exclude time between November 4, 2021, and January 6, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 24,303 pages of documents including financial records, business records, email communications, and investigative reports.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review this discovery and the

current charges, to conduct investigation and research related to the charges, to discuss the discovery, charges, and potential resolutions with her client, and to otherwise prepare for trial. This process has been delayed in part due to a recent surgery from which defense counsel is still recovering.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 4, 2021 to January 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///

1      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4      IT IS SO STIPULATED.

5

6 Dated:  October 29, 2021                  PHILLIP A. TALBERT
                                          Acting United States Attorney

7

8                                          /s/ AUDREY B. HEMESATH
                                         AUDREY B. HEMESATH
                                         Assistant United States Attorney

9

10

11 Dated:  October 29, 2021                              /s/ ROBERT WILSON
                                         ROBERT WILSON
                                         Counsel for Defendant
                                         MAURICE SHOE

12

13

14                                      **ORDER**

15      IT IS SO ORDERED.

16 DATED:  November 3, 2021

17

18

19 _____

20 MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME            3
PERIODS UNDER SPEEDY TRIAL ACT