PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

                    v.

MAURICE SHOE,

                              Defendant.

CASE NO.  2:19-CR-00238-WBS

REQUEST TO RESET STATUS CONFERENCE
DATE; STIPULATION REGARDING
EXCLUDABLE TIME PERIODS UNDER SPEEDY
TRIAL ACT; FINDINGS AND ORDER

The parties hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 31, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until April 25, 2022 at 9:00 a.m., and to exclude time between now and April 25, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 24,303 pages of documents including financial records, business records, email communications, and investigative reports.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review this discovery and the current charges, to conduct investigation and research related to the charges, to discuss the discovery, charges, and potential resolutions with his client, and to otherwise prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

This process has been delayed in part due to a recent surgery from which defense counsel is still recovering.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 31, 2022 to April 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 25, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ AUDREY B. HEMESATH
AUDREY B. HEMESATH
Assistant United States Attorney

Dated:  January 25, 2022

/s/ ROBERT WILSON
ROBERT WILSON
Counsel for Defendant
MAURICE SHOE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 25, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE