PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE SHOE,<br><br>Defendant. | CASE NO. 2:19-CR-00238-WBS<br><br>REQUEST TO RESET STATUS CONFERENCE DATE; STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

The parties hereby stipulate as follows:

1. By previous order, this matter was set for status on April 25, 2022.

2. By this stipulation, defendant now moves to continue the status conference until May 16, 2022 at 900 a.m., and to exclude time between now and May 16, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 24,303 pages of documents including financial records, business records, email communications, and investigative reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review this discovery and the current charges, to conduct investigation and research related to the charges, to discuss the discovery, charges, and potential resolutions with his client, and to otherwise prepare for trial.

1   This process has been delayed in part due to a recent surgery from which defense counsel is still
2   recovering.
3           c)      Counsel for defendant believes that failure to grant the above-requested
4   continuance would deny him/her the reasonable time necessary for effective preparation, taking
5   into account the exercise of due diligence.
6           d)      The government does not object to the continuance.
7           e)      Based on the above-stated findings, the ends of justice served by continuing the
8   case as requested outweigh the interest of the public and the defendant in a trial within the
9   original date prescribed by the Speedy Trial Act.
10          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11  et seq., within which trial must commence, the time period of April 25, 2022 to May 16, 2022,
12  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13  because it results from a continuance granted by the Court at defendant's request on the basis of
14  the Court's finding that the ends of justice served by taking such action outweigh the best interest
15  of the public and the defendant in a speedy trial.
16      4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the
17  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
18  must commence.
19      IT IS SO STIPULATED.

Dated:  April 19, 2022                          PHILLIP A. TALBERT
                                                United States Attorney


                                                 /s/ AUDREY B. HEMESATH
                                                AUDREY B. HEMESATH
                                                Assistant United States Attorney


Dated:  April 19, 2022                           /s/ ROBERT WILSON
                                                ROBERT WILSON
                                                Counsel for Defendant
                                                MAURICE SHOE

STIPULATION REGARDING EXCLUDABLE TIME                2
PERIODS UNDER SPEEDY TRIAL ACT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 20, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE