ROBERT M. WILSON (SBN 122731)
Law Offices of Robert M. Wilson
770 L Street, Suite 950
Sacramento, CA. 95814
Tel. (916) 441-0888
E-Mail: rwilson@BusinessCounsel.com

Attorney for Defendant
MAURICE SHOE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19 CR 00238 WBS |
| Plaintiff, | STIPULATION AND ORDER EXTENDING SURRENDER DATE |
| v. | Current Surrender Date: 2/22/2023 |
| MAURICE SHOE, | Proposed Surrender Date: 3/15/2023 |
| Defendants. | |

STIPULATION AND ORDER

The parties, by and through their respective undersigned counsel, stipulate that good cause exists for the extension of the defendant MAURICE SHOE'S surrender date from February 22, 2023, to March 15, 2023. Good cause exists based on Mr. Shoe testing positive yesterday for COVID. To allow Mr. Shoe to recover and not expose the correctional population and staff to

//

//

//

//

SSTIPULATION RE SURRENDER DATE          **1** | P A G E                    2:19-CR 00238

COVID, the parties stipulate that a (3) three-week extension is appropriate.

So stipulated,

February 17, 2023.

/s Robert M. Wilson
_____
Robert M. Wilson
Attorney for Defendant
Maurice Shoe

/s Audrey B. Hemesath
_____
Audrey B. Hemesath
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, the surrender date of defendant MAURICE SHOE, is extended to March 15, 2023.

Dated:  February 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE